243 U. S.        Decisions Per Curiam, Etc.

No. 652. FRANK W. TILLINGHAST, LEONARD L. BARBER, AND SAM A. FENNER, APPELLANTS, v. JOHN J. RICHARDS, MARSHAL OF THE UNITED STATES FOR THE DISTRICT OF RHODE ISLAND. Appeal from the District Court of the United States for the District of Rhode Island. Motion to dismiss or affirm or place on summary docket submitted March 12, 1917. Decided March 19, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Franklin* v. *United States*, 216 U. S. 559, 570; *Brolan* v. *United States*, 236 U. S. 216; *Lamar* v. *United States*, 240 U. S. 60. *Mr. Percy W. Gardner* for appellants. *The Solicitor General* for appellee.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF EDGAR F. HATHAWAY and CHARLES LEA, PETITIONERS. Submitted March 6, 1917. Decided March 19, 1917. Motion for leave to file petition for writ of mandamus denied. *Mr. Charles D. Lanning* and *Mr. William G. Johnson* for petitioners.